In The United States District Court
For The Western District Of Wisconsin.

Eric D. Conner,
        Plaintiff,

v.

Jamie Adams,
Shirle Kinyon,
Erin Wehrle,
Phillip Henneman,
And Thomas Taylor,

        Defendants.

**PETITION**

Case No.: 20-cv-531-bbc

## Petitioner's Motion For Order Directing Payment Of The Filling Fee (Partial) from Inmate Release Account

1. Now Comes The Petitioner, Eric Conner, who address is: WSPF, P.O. Box 1000, Boscobel, WI 53805, and In forma Pauperis (IFP) asking this Court for leave to waive the Federal Filing Fee - Partial, by accessing Petitioner's Release Account.

2. Petitioner has insufficient Funds in his regular account to pay the required partial Filing Fee determined by this Court, but does have $311.88 available in his Release Account Funds.

3. In Support of this motion, petitioner directs this Court's attention to his Certified Six-month prison trust account

(1)

For The Western District Of Wisconsin Statement.

4.) Petitioner also offers this Court the following: In Spence v. Cooke, 222 Wis. 2d 530, 533, 587 N.W. 2d 904 (Ct. App. 1998) the Court held: "In Spence, we determine that the Court may consider a prisoner's Release Account when a petitioner asks to be relieved from prepaying fees or costs. Id at 537. We concluded that Release accounts therefore, were available to satisfy the partial filing fee. Id at 532.

5.) Petitioner also requests that this Court send a Order to WSPF - prison business office department allowing petitioner Eric D. Conner #428475 to access his "Release Account" to pay the initial partial filing fee determined by this Court, in accordance with § 1915 (b)(1) to the Clerk of Court - Western District of Wisconsin.

State Of Wisconsin
County Of Grant

Subscribed and Sworn to before me on the 10th of June 2020

Travis Hudson
(Notary Public/Court Official)

Travis Hudson
(Name Printed)

My Commission term expires:
8/13/2021

Dated 6-10-2020

(Petitioner)

Eric Conner
(Name Printed)

# 420475
(DOC number)

Dated June 10, 2020

(2)