IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC CONNER,

    Plaintiff,

  v.

                              Case No.  20-cv-531-bbc

JAMIE ADAMS, SHIRLE KINYON,
ERIN WEHRLE, PHILLIP HENNEMAN
AND THOMAS TAYLOR,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a federal claim upon which relief may be granted.

| /s/ | 7/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |