United States District Court
Western District Of Wisconsin

Eric D. Conner,
    Plaintiff,

v.

Jamie Adams, et al.,
    Defendants.

NOTICE OF APPEAL

Case No. 20-CV-531

---

    Notice is given that the Plaintiff-Appellant, Eric Conner, appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment entered in this action on July 15, 2020.

Dated and Signed this 19 day of July, 2020.

WSPF
P.O. Box 1000
Boscobel, WI 53805
608-375-5656

Eric Conner
#420475
Pro Se Plaintiff-Appellant